DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN WESLEY ELLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-989

————————————————

September 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana Moss, Judge.

John Wesley Ellis, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.